| UNITED STATES BANKRUPTCY COURT<br>Nvtth ~~Eastern~~ DISTRICT OF Illinois | VOLUNTARY<br>PETITION |
|---|---|

| In Re: (Debtor's Name: Last, First, Middle):<br>Reaves, Lionel C., Sr. | Joint Debtor/Spouse: Last, First, Middle<br>Reaves, Kimberly |
|---|---|
| All other names used by debtor in the last 6 years, inc married, maiden, trade names: | All other names used by debtor in the last 6 years, inc married, maiden, trade names:  Kimberly Brown |
| Soc.Sec./Tax ID No:  XXX-XX-0143 | Soc.Sec./Tax ID No:  XXX-XX-4355 |
| Street Address of Debtor (No., street, city, state and zip code)<br>1526 Stanley Blvd.<br>Calumet City, IL 60409 | Street Address of Debtor (No., street, city, state and zip code)<br>1526 Stanley Blvd<br>Calumet City, IL 60409 |
| County of residence or principal place of business: Cook | County of residence or principal place of business: Cook |
| Mailing Address of Debtor (if different): | Mailing Address of Debtor (if different): |
| Location of Principal Assets of Business Debtor (If different from addresses listed above): | Venue: ☒ Debtor has been domiciled or had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br>☐ There is a bankruptcy case concerning the debtor's affiliate, general partner or partnership pending in the District. |

*(watermark: Chapter 13 W/Plan)*

## INFORMATION REGARDING DEBTOR

| | |
|---|---|
| Type of Debtor: [X] Joint (Husband and Wife)<br><br>Nature of Debt: [X] Consumer/NonBusiness<br><br>A. Type of Business: [X] Not applicable<br><br>B. Briefly Describe Nature of Business: | Chapter or Section of Bankruptcy Code Under Which the Petition is filed:  Chapter 13<br><br>Small Business (Chapter 11 only): Not applicable<br><br>[X] Filing Fee is Paid in Full<br>If installments (Individuals only) must attach signed application for Court's consideration certifying that debtor is unable to pay except in installments. Rule 1006(b). See Official Form No. 3.<br><br>Name and Address of Law Firm or Attorney:<br>Staver & Gainsberg, P.C.<br>120 W. Madison, Ste. 502<br>Chicago, IL 60602<br><br>Name of Attorney designated to represent the Debtor:<br>Neal S. Gainsberg |

## STATISTICAL/ADMINISTRATIVE INFORMATION

☒ Debtor estimates that funds will be available for distribution to unsecu~~.~~
☐ Debtor estimates that, after any exempt property is excluded and admi~~.~~
expenses paid, there will be no funds available for distribution to unsecure

| | | |
|---|---|---|
| Estimated Number of Creditors: | | [X] 1 - 15 |
| Estimated Assets (thousands of dollars): | | [X] Under 50 |
| Estimated Liabilities (thousands of dollars):  [X] Under 50 | | |
| Est. No. of Employees- Ch. 11 & 12 only: | [X] 0 | |
| Est. No. of Equity Security Holders- Ch.11 & 12 only: | | [X] 0 |

Copyright 1991-96 Law Disks, 734 Franklin Av, Garden City, NY 11530

THIS SPACE FOR COURT USE ONLY

U.S. Bankruptcy Court
Northern District Of Illinois
Filed: 04/05/2004
Time: 15:52:01
Debtor: LIONEL C REAVES
Case: 04-13390      Fee : 194
Chapter: 13 Rec. # : 3073087
Judge: Susan Pierson Sonderby
341 mtg: 05/12/2004 @ 03:00PM
ConfHrg: 05/27/2004 @ 10:30AM
Trustee: TOM VAUGHN

1:04BK13390-BK001

| FILING of PLAN: For Chapter 9, 11, 12, 13 cases only: |
| :--- |
| ☒ A copy of the debtor's proposed plan dated     , is attached. |
| ☐ Debtor intends to file a plan within the time allowed by statute, rule or order of the court. |

### PRIOR BANKRUPTCY CASES FILED WITHIN LAST 6 YEARS (Attach additional sheets)

| Location where filed: | Case Number: | Date filed: |
| :--- | :--- | :--- |
| Northern Illinois -- Judge Black | 03-22832 | 5/23/03 |
| Northern Illinois-- Judge Black | 00-01571 | 1/19/00 |

### PENDING BANKRUPTCY CASE OF ANY SPOUSE, PARTNER, OR AFFILIATE OF THE DEBTOR

| Name of debtor: | Case Number: | Date: |
| :--- | :--- | :--- |
| Relationship: | District: | Judge: |

### REQUEST FOR RELIEF

Debtor is eligible for, and requests relief in accordance with Chapter 13 of title 11, United States Code, as specified in this Petition.

### SIGNATURES

#### ATTORNEY

_(signature)_ # 6137117  4/2/04    Date

| INDIVIDUAL/JOINT DEBTOR(S) | CORPORATE OR PARTNERSHIP DEBTOR |
| :--- | :--- |
| I declare under penalty of perjury that the information provided in this petition is true and correct. | If debtor is a corporation, then Exhibit "A" is attached and made a part of this petition. |
| | I declare under penalty of perjury that the information provided in this petition is true and correct and that I have been authorized to file this petition on behalf of the debtor. |
| _(signature)_ Lionel C Reeves Sr | |
| 4/2/04    Date | _____ |
| | Signature of authorized individual |
| _(signature)_ Kimberly Reeves | _____ |
| 4/2/04    Date | Print or type name of authorized individual |
| | _____ |
| | Title of individual authorized by debtor to file this petition |
| | _____ Date |

### IF INDIVIDUAL CHAPTER 7 DEBTOR WITH PRIMARILY CONSUMER DEBTS:

I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under such chapter, and choose to proceed under chapter 7 of such title. If I am represented by an attorney, Exhibit B has been completed.

_____    _____ Date

_____    _____ Date

### EXHIBIT "B"

I, the attorney for the above debtor(s), declare that I have informed the debtor(s) that (he, she or they) may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under such chapter.

In re: Lionel C., Sr. Reaves, Kimberly Reaves  Debtor(s)    Case No:

## SCHEDULE A- REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H","W","J", or "C" in the third column labeled "Husband, Wife, Joint or Community." if the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a security interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C—Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSB. WIFE JOINT COM. | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| Residence 1526 Stanley Blvd. Calumet City, IL | Joint Tenancy | J | 80,000.00 | 80,876.66 |
| | | | 80,000.00 | TOTAL |

In re:  Lionel C., Sr. Reaves,  Kimberly Reaves  Debtor(s)     Case No:

## SCHEDULE B— PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind.  If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None."  If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category.  If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."  If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C—Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G— Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| TYPE OF PROPERTY<br><br>Col A | NONE<br><br>Col B | DESCRIPTION AND LOCATION OF PROPERTY<br><br>Col. C | HUSB. WIFE JOINT COMM.<br><br>Col D | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTION OF ANY SECURED CLAIM OR EXEMPTION<br>(Col E) |
|---|---|---|---|---|
| 1. Cash on hand. | 1b. | 1c. | 1d. | 1e |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | 2b. | 2c. Checking at TCF and Charter One | 2d. J | 2e    150.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | 3b.N | 3c. | 3d. | 3e |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | 4b.N | 4c.  Misc. used household furnishings, goods, appliances, etc. in debtors possession | 4d. J | 4e    1200.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | 5b.N | 5c. | 5d. | 5e |
| 6. Wearing apparel. | 6b.N | 6c. Clothing | 6d. J | 6e    700.00 |
| 7. Furs and jewelry. | 7b.N | 7c. Ring | 7d. J | 7e    750.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | 8bN. | 8c. | 8d. | 8e |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or | 9b.N | 9c. | 9d. | 9e |

In re:  Lionel C., Sr. Reaves,  Kimberly Reaves  Debtor(s)      Case No:

| | | | | | |
|---|---|---|---|---|---|
| refund value of each. | | | | | |
| 10. Annuities.  Itemize and name each issuer. | 10b.N | 10c. | | 10d. | 10e |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans.  Itemize. | 11b.N | 11c. | | 11d. | 11e |
| 12. Stock and interests in incorporated and unincorporated businesses.  Itemize. | 12b.N | 12c. | | 12d. | 12e |
| 13. Interests in partnerships or joint ventures.  Itemize. | 13bN. | 13c. | | 13d. | 13e |
| 14. Government and corporate bonds and other negotiable and non-negotiable instruments. | 14b.N | 14c. | | 14d. | 14e |
| 15. Accounts receivable. | 15b.N | 15c. | | 15d. | 15e |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | 16b.N | 16c. | | 16d. | 16e |
| 17. Other liquidated debts owing debtor including tax refunds.  Give particulars. | 17b.N | 17c. | | 17d. | 17e |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | 18b.N | 18c. | | 18d. | 18e |
| 19. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | 19b.N | 19c. | | 19d. | 19e |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | 20b.N | 20c. | | 20d. | 20e |
| 21. Patents, copyrights, and other intellectual property.  Give particulars. | 21b.N | 21c. | | 21d. | 21e |
| 22. Licenses, franchises, and other general intangibles.  Give particulars. | 22b.N | 22c. | | 22d. | 22e |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | 23b. | 23c 1997 Plymouth Breeze<br>2000 Buick Century | | 23d. J<br>H | 23e  2700.00<br>5500.00 |
| 24. Boats, motors, and accessories. | 24b. | 24c. | | 24d. | 24e |
| 25. Aircraft and accessories. | 25b. | 25c. | | 25d. | 25e |

In re:  Lionel C., Sr. Reaves,  Kimberly Reaves  Debtor(s)      Case No:

| | | | | |
|---|---|---|---|---|
| 26. Office equipment, furnishings, and supplies. | 26b. | 26c. | 26d. | 26e |
| 27. Machinery, fixtures, equipment, and supplies used in business. | 27b. | 27c. | 27d. | 27e |
| 28. Inventory. | 28b. | 28c. | 28d. | 28e |
| 29. Animals. | 29b. | 29c. | 29d. | 29e |
| 30. Crops— growing or harvested. give particulars. | 30b. | 30c. | 30d. | 30e |
| 31. Farming equipment and implements. | 31b. | 31c. | 31d. | 31e |
| 32. Farm supplies, chemicals, and feed. | 32b. | 32c. | 32d. | 32e |
| 33. Other personal property of any kind not already listed.  Itemize. | 33b. | 33c. | 33d. | 33e |

\_\_\_ continuation sheets attached      Total    $    **11,000.00**

Include amounts from any continuation sheets attached.
Report also on Summary of Schedules.

In re: Lionel C., Sr. Reaves, Kimberly Reaves  Debtor(s)    Case No:

## SCHEDULE C— PROPERTY CLAIMED AS EXEMPT

Debtor(s) elect(s) the exemption to which the debtor(s) is entitled under:

[ ] 11 U.S.C. §522(d)(1) Federal exemptions provided in 11 U.S.C. §522(d). Note: these exemptions are available *only in certain states*.
[ ] 11 U.S.C. §522(b)(2) Exemptions available under applicable nonbankruptcy federal laws, state or local laws where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180 day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law. Specifically, debtor selects the exemptions of the state of: _____

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Market Value of Property Without Deducting Exemptions |
|---|---|---|---|
| Real Property 1526 Stanley Blvd. Calumet City, IL | 735 ILCS 5/12-901 | 15,000.00 | 75,000.00 |
| Checking Account TCF Bank and Charter One | 735 ILCS 5/12-1001(b) | 150.00 | 150.00 |
| Household Goods Misc. used household furnishings, goods, appliances, etc. | 735 ILCS 5/12-1001(b) | 1200.00 | 1200.00 |
| Wearing Apparel Clothing | 735 ILCS 5/12-1001(a) | 700.00 | 700.00 |
| Furs and Jewelry Ring | 735 ILCS 5/12-1001(b) | 750.00 | 750.00 |
| Automobiles 1997 Plymouth Breeze | 735 ILCS 5/12-1001(c) | 1200.00 | 2700.00 |
| 2000 Buick Century | 735 ILCS 5/12-1001(c) | 1200.00 | 5500.00 |

In re: Lionel C., Sr. Reaves, Kimberly Reaves  Debtor(s)    Case No:

## SCHEDULE D— CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding claims secured by property of the debtor as of the date of filing of the petition. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H— Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H," "W," "J," or "C," in the column labeled "Husband, Wife, Joint or Community" (Abbreviated: H,W,J,C).

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is Disputed, place an "X" in the column labeled Disputed. You may need to place an X in more than one of these three columns.

Report the total of all claims listed on this Schedule D in the box labeled "Total" on the last sheet of the completed Schedule. Report this total also on the Summary of Schedules.

| Creditor's Name and Mailing Address Including Zip Code | CODEBTOR | HWJC | Date Claim Was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien | CONTINGENT | UNLIQUIDATED | DISPUTED | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion If Any |
|---|---|---|---|---|---|---|---|---|
| Acct No: 1269173 Household Automotive Finance c/o Ramsey Law Firm PC P.O. Box 201347 Arlington, TX  76006 | | H | 2000 Buick Century | | | | 5500.00 | 6500.00 |
| Acct No: Money Store Auto Finance Trust c/o Fund Recovery Dept. VA 7359 P.O. Box 137675 Roanoke, VA  24037 | | | 1997 Plymouth Breeze | | | | 2200.00 | 0.00 |
| Acct No: Rogers & Hollands c/o Rogers Enterprises Inc. P.O. Box 879 Matteson, IL  60443 | | | Ring | | | | 810.09 | 60.09 |
| Acct No: Washinghton Mutual 9601 McAllister Freeway, #110 Attn: Default Cash San Antonio, TX  78216 | | | First Mortgage – Arrearage in Plan 1526 Stanley Blvd. Calumet City, IL | | | | 8500.00 | 0.00 |

In re:  Lionel C., Sr. Reaves,  Kimberly Reaves  Debtor(s)      Case No:

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Acct No:<br>Washington Mutual<br>c/o Shapiro & Kreisman<br>4201 Lake Cook Rd.<br><br>Northbrook, IL  60062 | | | | | | | | |
| Acct No:<br>Washington Mutual<br>9601 McAllister Freeway, #110<br>Attn: Default Cash<br>San Antonio, TX  78216 | | | First Mortgage—Current Payments<br><br>1526 Stanley Blvd.<br>Calumet City, IL | | | | 80,876.06 | |
| Acct No: Z03772<br>Economy Furniture<br>6162 Broadway<br>Merrillville, IN  46410 | | | Furniture | | | | 200.00 | 1672.00 |
| | | | | | | | 107,443.19 | TOTAL |

(Report total also on Summary of Schedules)

In re: Lionel C., Sr. Reaves, Kimberly Reaves Debtor(s)   Case No:

## SCHEDULE E— CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name and mailing address, including zip code, and account number, if any, of all entities holding priority claims against the debtor or property of the debtor, as of the date of the filing of the petition.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity in the appropriate schedule of creditors, and complete Schedule H— Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "HWJC" for "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "CONTINGENT." If the claim is unliquidated, place an "X" in the column labeled "UNLIQUIDATED." If the claim is disputed, place an "X" in the column labeled "DISPUTED." You may need to place an X in more than one of these three columns. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also in the Summary of Schedules.

TYPES OF PRIORITY

[ ]    Extensions of credit in an involuntary case.

     Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. 507(a)(2).

[ ]    Wages, salaries, and commissions

     Wages, salaries and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,000* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. 507(a)(3).

[ ]    Contributions to employee benefit plans

     Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original business, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. 507(a)(4).

[ ]    Certain farmers and fishermen

     Claims of certain farmers and fishermen, up to a maximum of $4,000* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. 507(a)(5).

[ ]    Deposits by individuals

     Claims of individuals up to a maximum of $1,800* for deposits for the purchase, lease, rental of property or services for personal, family or household use, that were not delivered or provided. 11 U.S.C. 507(a)(6).

[ ]    Alimony, Maintenance or Support

     Claims of a spouse, former spouse, or child of the debtor for Alimony, Maintenance or Support, to the extent provided in 11 U.S.C. 507(a)(7).

[ ]    Taxes and certain other debts owed to governmental units

     Taxes, custom duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. 507(a)(8).

[ ]    Commitments to Maintain the Capital of an Insured Depository Institution

In re:  Lionel C., Sr. Reaves,  Kimberly Reaves  Debtor(s)      Case No:

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. 507(a)(9).

* Amounts are subject to adjustment on April 1, 1998, and every three years thereafter with respect to cases commenced after the date of adjustment.

| Creditor's Name and Mailing Address Including Zip Code | C O D E B T O R | H W J C | Date Claim Was Incurred, and Consideration for Claim | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | Total Amount of Claim | Amount Entitled to Priority |
|---|---|---|---|---|---|---|---|---|
| Acct No: | | | | | | | | |
| Acct No: | | | | | | | | |
| Acct No: | | | | | | | | |
| Acct No: | | | | | | | | |
| Acct No: | | | | | | | | |
| Acct No: | | | | | | | 0.00 | TOTAL |

(Report total also on Summary of Schedules)

In re: Lionel C., Sr. Reaves, Kimberly Reaves  Debtor(s)   Case No:

## SCHEDULE F— CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address,, including zip code, and account number, if any, of all entities holding unsecured claims without priority against the debtor or property of the debtor, as of the date of the filing of the petition. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use continuation sheets.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity in the appropriate schedule of creditors, and complete Schedule H— Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "HWJC" for "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "CONTINGENT." If the claim is unliquidated, place an "X" in the column labeled "UNLIQUIDATED." If the claim is disputed, place an "X" in the column labeled "DISPUTED." You may need to place an X in more than one of these three columns. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also in the Summary of Schedules.

| Creditor's Name and Mailing Address Including Zip Code | CODEBTOR | HWJC | Date Claim Was Incurred And Consideration for Claim If Claim is Subject to Setoff, so State | CONTINGENT | UNLIQUIDATED | DISPUTED | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Acct No:03739947 American General Finance C/O Louis Weinstock 20 N. Clark St., #2600 Chicago, IL  60602 | | | | | | | 1562.00 |
| Acct No:01309744REM Aronson 3401 W. 47th St. Chicago, IL  60632 | | | | | | | 1056.97 |
| Acct No:0000528131 Nationwide Acceptance Corp. 3435 N. Cicero Ave. Chicago, IL  60641 | | | | | | | 3,857.04 |
| Acct No:477210841043282 Action Card P.O. Box 5052 Sioux Falls, SD  57117 | | | | | | | 223.58 |
| Acct No:7076540060113148 Associates Clark Accts. Tsys Total Debt Mgmt P.O. Box 6700 Norcross, GA  30091 | | | | | | | 574.80 |

In re: Lionel C., Sr. Reaves, Kimberly Reaves   Debtor(s)   Case No:

| Account Information | | | | | | | Amount |
|---|---|---|---|---|---|---|---|
| Acct No:805005178526577<br>Axsys National Bank<br>11 McLeland Road<br>Saint Cloud, MN  56395 | | | | | | | 167.38 |
| Acct No: 235722062<br>Blair Corp<br>P.O. Box 85167<br>Richmond, VA  23285-5167 | | | | | | | 438.13 |
| Acct No:29969<br>Calumet City Dem<br>19 River Oaks Dr.<br>Calumet City, IL  60409 | | | | | | | 85.00 |
| Acct No: 5291071319378038<br>Capital One<br>P.O. Box 85167<br>Richmond, VA  23285-5167 | | | | | | | 994.99 |
| Acct No: 529107212899359<br>Capital One<br>P.O. Box  85167<br>Richmond, VA  23285-5167 | | | | | | | 1023.96 |
| Acct No:50675289<br>Cellular One<br>P.O. Box 2300<br>Bedford Park, IL  60499 | | | | | | | 382.02 |
| Acct No:77252343<br>Certegy Check Bvld.<br>Saint Petersburg, FL  33716 | | | | | | | 90.24 |
| Acct No:16007<br>Critical Care Med Svcs.<br>P.O. Box 608<br>Tinely Park, IL  60477 | | | | | | | 125.00 |
| Acct No:<br>Daimler Chrysler<br>c/o Riezman Berger PC<br>7700 Bonhomme Ave., 7th Floor<br>Saint Louis, MO  63105 | | | | | | | 6580.00 |
| Acct No:5449100824005389<br>Direct Merchants Bank<br>4848 S. 129 East Ave.<br>Tulsa, OK  74134 | | | | | | | 569.29 |
| Acct No:019776542<br>DuPage Radiology<br>c/o Van Ru Credit<br>1550 W. Northwest Hwy.<br>Park Ridge, IL  60068 | | | | | | | 107.00 |

In re:  Lionel C., Sr. Reaves,  Kimberly Reaves   Debtor(s)    Case No:

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Acct No:6442719, 6442718<br>Equifax Check Services<br>P.O. Box 30272<br>Tampa, FL  33630-3272 | | | | | | | 50.00 |
| Acct No:4731900412152885<br>First National Bank of Marin<br>P.O. Box 80015<br>Los Angeles, CA | | | | | | | 800.00 |
| Acct No: 353700143<br>Game Cash<br>P.O. Box 26008<br>Minneapolis, MN  55426 | | | | | | | 519.00 |
| Acct No:15594170478606<br>Ginnys<br>1112 7th Ave.<br>Monroe, WI 53566 | | | | | | | 434.75 |
| Acct No:WP53574<br>Hammond Radiologist<br>55 E. 86th Ave.<br>P.O. Box 10645<br>Merryville, IN  46411 | | | | | | | 57.50 |
| Acct No:8502158071<br>Harris Bank<br>P.O. Box 94033<br>Palatine, IL  60094 | | | | | | | 1978.60 |
| Acct No: 21849<br>Heilig Meyers<br>c/o CFG Credit LP<br>PO Box 586<br>Oak Lawn, IL  60454 | | | | | | | 1782.18 |
| Acct No: 5407915003786446<br>Household Bank<br>PO Box 17051<br>Baltimore, MD  21297 | | | | | | | 993.99 |
| Acct No: 5407915000828464<br>Household Bank<br>PO Box 17051<br>Baltimore, MD  21297 | | | | | | | 630.00 |
| Acct No: 299235<br>Illinois Department of Public Aid<br>160 N. LaSalle St., Suite N1000<br>Chicago, IL  60601 | | | | | | | 5540.00 |
| Acct No: 200101537294<br>Ingalls Hospital<br>PO Box 75608<br>Chicago, IL  60675 | | | | | | | 50.62 |

In re:  Lionel C., Sr. Reaves,  Kimberly Reaves  Debtor(s)      Case No:

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Acct No:011MSG<br>Malcom Gerald<br>332 S. Michigan<br>Chicago, IL  60604 | | | | | | | 1089.75 |
| Acct No:9202093484<br>Marshall Fields<br>Retailers National Bank<br>PO Box 59231<br> Minneapolis, MN  55459 | | | | | | | 366.46 |
| Acct No:<br>New York Life Care<br>PO Box 30769<br>Jamaica, NY  11430-0769 | | | | | | | 973.85 |
| Acct No:4245363348<br>Nicor<br>PO Box 2020<br>Aurora, IL  60507 | | | | | | | 592.23 |
| Acct No: 50138106088<br>North Shore Agency<br>1400 N. Fruit Ridge Ave.<br>Terre Haute, IN  47811-1113 | | | | | | | 79.49 |
| Acct No: 5413360050595816<br>Orchard Bank<br>695 Rancocas Rd., Suite 101<br>Westhampton, NJ  08060 | | | | | | | 710.99 |
| Acct No:5413360051520797<br> Orchard Bank<br> 695 Rancocas Rd., Suite 101<br> Westhampton, NJ  08060 | | | | | | | 431.29 |
| Acct No: 5440450052282765<br> Orchard Bank<br> 695 Rancocas Rd., Suite 101<br> Westhampton, NJ  08060 | | | | | | | 379.95 |
| Acct No:<br>Orkin<br>4161 S. 146th St.<br>Oak Forest, IL  60452 | | | | | | | 300.00 |
| Acct No:<br>Providian Financial<br>PO Box 192250<br>San Francisco, CA  94119 | | | | | | | 761.55 |
| Acct No: 4479480300759865<br>Providian National Bank<br>4900 Johnson Dr.<br>Pleasanton, CA  94588 | | | | | | | 1453.32 |

In re: Lionel C., Sr. Reaves,  Kimberly Reaves  Debtor(s)      Case No:

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Acct No: 12551856037<br>Quest Diagnostic<br>PO Box 64500<br>Baltimore, MD  21264 | | | | | | | 38.36 |
| Acct No: 539074565<br>Radiology Center<br> 15 Spinning Wheel Center<br> Hinsdale, IL  60521 | | | | | | | 536.00 |
| Acct No: 601801111968660<br>Rogers & Hollands<br>c/o Credit Manager<br>5 Centre Rm 8<br>Park Forest, IL  60466 | | | | | | | 810.00 |
| Acct No: 0650865707570<br>Seventh Avenue<br>1112 7th Avenue<br>Monroe, WI  53566 | | | | | | | 310.50 |
| Acct No: 5390745<br>South Suburban Hospital<br>PO Box 73581<br>Chicago, IL  60673 | | | | | | | 682.22 |
| Acct No: 20209348490<br>Target<br>c/o Retailers National Bank<br>PO Box 740933<br>Dallas, TX  75374 | | | | | | | 366.46 |
| Acct No: 39030153905006,<br>3410002301730<br> Telecheck Recovery Dept.<br> PO Box 17120<br> Denver, CO  80217-0120 | | | | | | | 974.00 |
| Acct No: 3124030513002<br> Verizon Wirelss<br> PO Box 6170<br> Carol Stream, IL  60197 | | | | | | | 667.00 |
| Acct No: 2217660012<br>ComEd<br>Bill Payment Center<br>Chicago, IL  60668 | | | | | | | 525.99 |
| Acct No: 119587611<br>Walmart<br>PO Box 2844<br>Tuscaloosa, AL  35403-2844 | | | | | | | 770.89 |
| Acct No: 50360779727 | | | | | | | 114.67 |

In re: Lionel C., Sr. Reaves,  Kimberly Reaves  Debtor(s)    Case No:

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Columbia House<br>Terre Haute, IN  47811 | | | | | | | |
| Acct No: 990119610248TC<br>Tri County<br>P.O. Box 515<br>Wheaton, IL  60189 | | | | | | | 80.00 |
| Acct No: 2307104000569729<br>Imperial Capital Bank<br>c/o Household Tax Masters<br>PO Box 17037<br>Baltimore, MD  21297 | | | | | | | 281.15 |
| Acct No: 353700143<br>United Student Aid Funds<br>P.O. Box 41150<br>Mesa, AZ  85274 | | | | | | | 5879.56 |
| | | | | | | | 49,848.75 TOTAL |

(Report total also on Summary of Schedules)

In re:  Lionel C., Sr. Reaves,  Kimberly Reaves  Debtor(s)     Case No:

## SCHEDULE G— EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.

State nature of debtor's interest in contract, i.e, "Purchaser," "Agent" etc. State whether the debtor is lessor or lessee of a lease.

Provide the name and complete mailing address of all other parties to each lease or contract described.

NOTE: a party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate schedule of creditors.

| Name and Mailing Address, including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State Whether Lease is for Nonresidential real property. State Contract Number of any Government Contract |
|---|---|
| None. | |

In re:  Lionel C., Sr. Reaves,  Kimberly Reaves  Debtor(s)     Case No:

## SCHEDULE H-- CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signors. In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse in this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of the case.

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| None. | |

In re: Lionel C., Sr. Reaves,  Kimberly Reaves  Debtor(s)   Case No:

## SCHEDULE I— CURRENT INCOME OF INDIVIDUAL DEBTORS

The column labeled "spouse" must be completed in all cases filed by joint debtors and by a married debtor in a Chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status: | Dependents of Debtor and Spouse | | |
|---|---|---|---|
| Married | Names | Age | Relationship |
| | Lionel Reaves, Jr. | 14 | Son |
| | Carmen Reaves | 15 | Daughter |
| | Markita White | 16 | Daughter |
| | Sheena Woodcox | 20 | Daughter |

| EMPLOYMENT: | Debtor | Spouse |
|---|---|---|
| Occupation, Name of Employer: | Supervisor; Economy Folding Box | Receptionist; AAR Research, Inc. |
| How long employed: | 17 years | 10 years |
| Address of employer: | 2601 S. LaSalle | 2000 York Rd., Oakbrook |

| Income: (Estimate of average monthly income) Current monthly gross wages, salary, and commissions (Pro rate if not paid monthly) | DEBTOR | SPOUSE |
|---|---|---|
| | 3029.00 | 720.00 |
| Estimated monthly overtime | | |
| SUBTOTAL | 3029.00 | 720.00 |
| LESS PAYROLL DEDUCTIONS a. Payroll taxes and Social Security | 617.37 | 66.72 |
| b. Insurance | 36.40 | |
| c. Union dues | | |
| d. Other (Specify) | | |
| SUBTOTAL OF PAYROLL DEDUCTIONS | 653.77 | 66.72 |
| TOTAL NET MONTHLY TAKE HOME PAY | 2375.23 | 653.28 |
| Regular income from operation of business/profession/farm (attach  statement) | | |
| Income from real property | | |
| Interest and dividends | | |
| Alimony, maintenance, or support payments payable to the debtor for the debtor's use or that of the dependents listed above | | |
| Social security or other governmental assistance Specify: | | |
| Pension or retirement income | | |
| Other monthly income (Specify): | | |
| TOTAL MONTHLY INCOME | 2375.23 | 653.28 |
| TOTAL COMBINED MONTHLY INCOME | $ 3028.51 | (Report also on Summary of Schedules) |

In re:  Lionel C., Sr. Reaves,  Kimberly Reaves  Debtor(s)        Case No:

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document.

In re:  Lionel C., Sr. Reaves,  Kimberly Reaves  Debtor(s)     Case No:

## SCHEDULE J— CURRENT EXPENDITURES OF INDIVIDUAL DEBTORS

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family.
Prorate any payments made bi-weekly, quarterly, semi-annually or annually to show monthly rate.

| | | |
|---|---|---|
| Rent, home mortgage, or mobile-home lot rent | Are real estate taxes included?  Yes _X_  No _____ | |
| | Is property insurance included?  Yes _X_  No _____ | 793.00 |
| Utilities   Electricity and heating fuel | | 200.00 |
|    Water and sewer | | 60.00 |
|    Telephone | | 100.00 |
|    Other utilities:  Garbage pickup, cable, portable phones | | 180.00 |
| Home Maintenance, repairs, upkeep | | |
| Food | | 589.00 |
| Clothing | | 125.00 |
| Laundry, dry cleaning | | 50.00 |
| Medical and dental expenses | | |
| Transportation (not including car payments) | | 100.00 |
| Recreation, clubs, entertainment, newspapers, magazines | | |
| Charitable contributions | | |
| Insurance (not deducted from wages or inc. in mortgage pmt)     Homeowner's or renter's | | |
|    Life | | 56.00 |
|    Health | | |
|    Auto | | 260.00 |
|    Other insurance: | | |
| Taxes (not deducted from wages or included in home mortgage) Specify: | | |
| Installment payments (in Chapters 12 and 13, do not list  payments to be included in the plan) | | |
|    Auto payment: | | |
|    Other payment: | | |
| Alimony, maintenance, and support paid to others | | |
| Payments for support of additional dependents not living at the debtor's home | | |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | | |
| Other expenses: | | |
| TOTAL MONTHLY EXPENSES (report also on Summary of Schedules) | | 2513.00 |

UNITED STATES BANKRUPTCY COURT
Eastern DISTRICT OF Illinois

In re: Lionel C., Sr. Reaves,  Kimberly Reaves
     Debtor(s)                                                                    Case No:

SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from schedules A, B, C, D, E, F, G, H, I and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| NAME OF SCHEDULE | ATTACHED | NO. SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A — Real Property | Yes | | 80,000.00 | | |
| B — Personal Property | Yes | | 11,000.00 | | |
| C — Property Claimed as Exempt | Yes | | | | |
| D — Creditors Holding Secured Claims | Yes | | | 107,443.19 | |
| E — Creditors Holding Unsecured Priority Claims | Yes | | | 0.00 | |
| F — Creditors Holding Unsecured Nonpriority Claims | Yes | | | 49,848.75 | |
| G — Executory Contracts and Unexpired Leases | Yes | | | | |
| H — Codebtors | Yes | | | | |
| I — Current Income of Individual Debtor(s) | Yes | | | | 3028.51 |
| J — Current Expenditures of Individual Debtor(s) | Yes | | | | 2513.00 |
| Total number of sheets in all Schedules ➢ | | | | | |
| Total Assets ➢ | | | 91,000 | | |
| Total Liabilities ➢ | | | | 157,291.94 | |

UNITED STATES BANKRUPTCY COURT
Eastern DISTRICT OF Illinois

In re: Reaves, Lionel C., Sr.,  Reaves, Kimberly    Debtor(s)                    Case No.

STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under Chapter 12 or Chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1-15 are to be completed by all debtors. Debtors that are or have been in business, as defined below, must also complete Questions 16-21. Each question must be answered. If the answer to any question is "None," or the question is not applicable, mark the box labeled "None." If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

Definitions

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been within the two years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or person in control of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self employed.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor, general partners of the debtor and their relatives; corporations of which the debtor is an officer, director or person in control; officers, directors, and persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. §101(30).

1. Income from employment or operation of business

State the gross amount of income the debtor has received from employment, trade or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated, and a joint petition is not filed.)

| AMOUNT | SOURCE (if more than one) |
| --- | --- |
| Debtor | 2004 year-to-date -- $7100 |
| | 2003 -- $32,682 |
| | 2002 – $35,000 |
| | |
| Co-Debtor | 2004 year to date -- $1960 |
| | 2003 -- $18,920 |
| | 2002 -- $18,000 |

2. Income other than from employment or operation of business

State the amount of income received by the debtor other than from employment trade or profession, or operation of the debtor's business during the two years immediately preceding the commencement of the case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated, and a joint petition is not filed.)

AMOUNT                SOURCE

None.


3. Payments to creditors

a. List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within 90 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must state payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated, and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| None. | | | |


b. List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments of either or both spouses whether or not a joint petition is filed, unless the spouses are separated, and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| None. | | | |


4. Suits and administrative proceedings, executions, garnishments and executions

a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated, and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT/AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| None. | | | |


b. Describe all property that has been attached, garnished, or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated, and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| None. | | |

5. Repossessions, foreclosures and returns

List all property that has been repossessed by a creditor, sold at foreclosure sale, transferred through a deed in lieu of foreclosure or returned to a seller within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated, and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE, SALE TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Daimler Chrysler c/o Reisman Berger PC 7700 Bonhomme Ave. 7th Floor Saint Louis, MO  63105 | 4/03 | Auto Loan Defifiency |

6. Assignments and receiverships

a. Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated, and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None.

b. List all property in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated, and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME, LOCATION OF COURT, CASE TITLE AND NUMBER | DATE OF ORDER | DESCRIPTION, VALUE OF PROPERTY |
|---|---|---|---|

None.

7. Gifts

List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than  $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

None.

8. Losses

List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES, AND IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

None.

9. Payments related to debt counseling or bankruptcy

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR, IF OTHER THAN DEBTOR | AMOUNT OF MONEY, OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Staver & Gainsberg, PC<br>120 W. Madison, Ste. 520<br>Chicago, IL 60602 | 3/24/04 | $500.00 |
| Joseph Wrobel, Ltd.<br>105 West Madison Street, Suite 700<br>Chicago, IL 60602 | 5/16/03 | $400.00 |

10. Other transfers

List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND RELATIONSHIP OF TRANSFEREE; RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None.

11. Closed financial accounts

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, saving, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations and brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE AND NUMBER OF ACCOUNT; AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

None.

12. Safe deposit boxes

List each safe deposit or other box or depository in which the debtor has or had securities, cash or other valuables within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER INSTITUTION | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

None.

13. Setoffs

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

None.

14. Property held for another person

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

None.

15. Prior address of debtor

If the debtor has moved within two years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

None.

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within two years immediately preceding the commencement of this case, any of the following: an officer, director,

managing executive, or owner of more than 5 percent of the voting securities of a corporation, a partner, other than a limited partner, of a partnership; a sole proprietor, or otherwise self-employed.

*(An individual should complete this portion of the schedule only if the individual is or has been in business, as defined above, within two years immediately preceding the commencement of this case.)*

Questions 16 to 21 Not applicable.(Business Questions)

\* \* \* \* \* \*

[To be completed by individual or joint debtors]

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date:  4/2/04    _Lionel C Reaves Sr_
                Reaves, Lionel C., Sr.

Date:  4/2/04    _Kimberly Reaves_
                Reaves, Kimberly

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §152 and 3571.*

In re: Lionel C., Sr. Reaves,  Kimberly Reaves  Debtor(s)    Case No:

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _14_ sheets, and that they are true and correct to the best of my knowledge, information and belief.

Date _4/2/04_                Signature _Lionel C. Reaves, Sr._

Reaves, Lionel C., Sr.

Date _4/2/04_                Signature _Kimberly Reaves_

Reaves, Kimberly
(In joint case, both debtors must sign)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### DECLARATION UNDER PENALTY ON BEHALF OF A CORPORATION

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that I declare that they are true and correct to the best of my knowledge, information and belief.

Date _____                _____
                             Signature

                             _____
                             (Print or type the name of individual signing for debtor)
(An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§152 and 3571.

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In Re:                                        Bankruptcy Case Number: _____

Lionel + Kimberly Reaves

VERIFICATION OF CREDITOR MATRIX

Number of Creditors: ____58_____

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Dated: 4/2/04

_____
Debtor

_____
Joint Debtor

UNITED STATE BANKRUPTCY COURT

DISTRICT OF

In re: Lionel C. Sr, Reaves          Debtor(s)    Case No.                    (if known)
Kimburly Reaves

## STATEMENT
Pursuant to Rule 2016(b)

The undersigned, pursuant to Rule 2016(b) Bankruptcy Rules, states that:

(1) The undersigned is the attorney for the debtor(s) in this case.

(2) The compensation paid or agreed to be paid by the debtor(s) to the undersigned is:
   (a) for legal services rendered or to be rendered in contemplation of and in connection
       with this case
   (b) prior to filing this statement, debtor(s) have paid
   (c) the unpaid balance due and payable is

2500.00
500.00
2000.00

(3) $ 200.00 of the filing fee in this case has been paid.

(4) The services rendered or to be rendered include the following:
   (a) analysis of the financial situation, and rendering advice and assistance to the debtor(s) in
       determining whether to file a petition under title 11 of the United States Code.
   (b) preparation and filing of the petition, schedules, statement of affairs and other documents
       required by the court.
   (c) representation of the debtor(s) at the meeting of creditors.

(5) The source of payments made by the debtor(s) to the undersigned was from earning, wages and
    compensation for services performed, and

(6) The source of payments to be made by the debtor(s) to the undersigned for the unpaid balance
    remaining, if any, will be from earnings, wages and compensation for services performed, and

(7) The undersigned has received no transfer, assignment or pledge of property except the
    following for the value stated:

(8) The undersigned has not shared or agreed to share with any other entity, other than with
    members of undersigned's law firm, any compensation paid or to be paid except as follows:

Date: 4/5/04     Respectfully submitted _____ Attorney for Petitioner

Attorney's name and address     Staver & Gainsberg, P.C., 120 W. Madison St., Ste. 520, Chicago, IL 60602