**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

In Re:  LIONEL C REAVES SR  §  Case No.: 04-13390
KIMBERLY REAVES §
§
§
Debtor(s) §

---

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 04/05/2004.

2) This case was confirmed on 05/27/2004.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 07/13/2009.

5) The case was completed on 10/06/2009.

6) Number of months from filing to the last payment: 66

7) Number of months case was pending: 71

8) Total value of assets abandoned by court order: NA

9) Total value of assets exempted: $ 20,200.00

10) Amount of unsecured claims discharged without payment $ 60,287.82

11) All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

|  |  |
|---|---|
| Total paid by or on behalf of the debtor | $ 34,135.96 |
| Less amount refunded to debtor | $ 475.72 |
| **NET RECEIPTS** | $ 33,660.24 |

**Expenses of Administration:**

|  |  |
|---|---|
| Attorney's Fees Paid through the Plan | $ 2,000.00 |
| Court Costs | $ .00 |
| Trustee Expenses and Compensation | $ 2,008.30 |
| Other | $ .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ 4,008.30 |
| Attorney fees paid and disclosed by debtor | $ 500.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| NATIONWIDE COMMERCIA | UNSECURED | 3,857.04 | 3,857.04 | 3,857.04 | 538.29 | .00 |
| HSBC AUTO FINANCE | SECURED | 5,500.00 | 7,550.00 | 5,500.00 | 5,500.00 | 2,669.49 |
| THE MONEY STORE AUTO | SECURED | 2,200.00 | 2,613.19 | 2,200.00 | 2,200.00 | 406.51 |
| ROGERS & HOLLANDS JE | SECURED | 810.09 | 810.09 | 750.00 | 750.00 | 67.57 |
| ROGERS & HOLLANDS JE | UNSECURED | 60.09 | 60.09 | 60.09 | 8.79 | .00 |
| WELLS FARGO MORTGAGE | SECURED | 8,500.00 | .00 | 11,295.48 | 11,295.48 | .00 |
| WELLS FARGO MORTGAGE | OTHER | NA | NA | NA | .00 | .00 |
| WELLS FARGO MORTGAGE | SECURED | 80,876.06 | .00 | .00 | .00 | .00 |
| ECONOMY FURNITURE | SECURED | 200.00 | 2,875.94 | 200.00 | 200.00 | 18.85 |
| AMERICAN GENERAL FIN | UNSECURED | 26.00 | 3,554.38 | 3,554.38 | 496.05 | .00 |
| ARONSON FURNITURE | UNSECURED | 1,056.97 | 1,056.97 | 1,056.97 | 147.51 | .00 |
| ACTION CARD | UNSECURED | 223.58 | NA | NA | .00 | .00 |
| TSYS DEBT MANAGEMENT | UNSECURED | 574.80 | NA | NA | .00 | .00 |
| RESURGENT ACQUISITIO | UNSECURED | 167.38 | 167.38 | 167.38 | 23.36 | .00 |
| BLAIR CORP | UNSECURED | 438.13 | NA | NA | .00 | .00 |
| CALUMET DERMATOLOGY | UNSECURED | 85.00 | NA | NA | .00 | .00 |
| CAPITAL ONE | UNSECURED | 994.99 | 374.16 | 374.16 | 52.22 | .00 |
| CAPITAL ONE | UNSECURED | 1,023.96 | 1,016.48 | 1,016.48 | 141.86 | .00 |
| CELLULAR ONE CHICAGO | UNSECURED | 382.02 | NA | NA | .00 | .00 |
| CERTEGY | UNSECURED | 90.24 | NA | NA | .00 | .00 |
| CRITICAL CARE MEDICA | UNSECURED | 125.00 | NA | NA | .00 | .00 |
| CHRYSLER CREDIT CORP | UNSECURED | 6,580.00 | NA | NA | .00 | .00 |
| MAX RECOVERY | UNSECURED | 569.29 | 569.29 | 569.29 | 79.45 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| DUPAGE RADIOLOGY | UNSECURED | 107.00 | NA | NA | .00 | .00 |
| EQUIFAX CHECK SERVIC | UNSECURED | 50.00 | NA | NA | .00 | .00 |
| B-FIRST LLC | UNSECURED | 800.00 | 873.17 | 873.17 | 121.86 | .00 |
| GAMECASH | UNSECURED | 519.00 | NA | NA | .00 | .00 |
| GINNYS | UNSECURED | 434.75 | 409.52 | 409.52 | 57.15 | .00 |
| HAMMOND RADIOLOGISTS | UNSECURED | 57.50 | 57.50 | 57.50 | 8.02 | .00 |
| HARRIS NA | UNSECURED | 1,978.60 | NA | NA | .00 | .00 |
| HEILIG MYERS | UNSECURED | 1,782.18 | NA | NA | .00 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 993.99 | 1,044.17 | 1,044.17 | 145.72 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 630.00 | 612.16 | 612.16 | 85.43 | .00 |
| ILLINOIS DEPT PUBLIC | UNSECURED | 5,540.00 | 5,540.00 | 5,540.00 | 773.16 | .00 |
| INGALLS MEMORIAL HOS | UNSECURED | 50.62 | NA | NA | .00 | .00 |
| MALCOLM S GERALD | UNSECURED | 1,089.75 | NA | NA | .00 | .00 |
| MARSHALL FIELDS | UNSECURED | 366.46 | NA | NA | .00 | .00 |
| NEW YORK LIFE CARE | UNSECURED | 973.85 | NA | NA | .00 | .00 |
| NICOR GAS | UNSECURED | 592.23 | 672.27 | 672.27 | 93.82 | .00 |
| NORTH SHORE AGENCY | UNSECURED | 79.49 | NA | NA | .00 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 710.99 | 710.99 | 710.99 | 99.23 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 431.29 | 379.95 | 379.95 | 53.03 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 379.95 | 431.29 | 431.29 | 60.19 | .00 |
| ORKIN EXTERMINATING | UNSECURED | 300.00 | NA | NA | .00 | .00 |
| RESURGENT ACQUISITIO | UNSECURED | 761.55 | 761.55 | 761.55 | 106.28 | .00 |
| RESURGENT ACQUISITIO | UNSECURED | 1,453.32 | 1,453.32 | 1,453.32 | 202.83 | .00 |
| QUEST DIAGNOSTICS | UNSECURED | 38.36 | NA | NA | .00 | .00 |
| B-FIRST LLC | UNSECURED | 536.00 | 534.44 | 534.44 | 74.59 | .00 |
| ROGERS & HOLLANDS JE | UNSECURED | 810.00 | NA | NA | .00 | .00 |
| SEVENTH AVENUE | UNSECURED | 310.50 | 300.75 | 300.75 | 41.97 | .00 |
| SOUTH SUBURBAN HOSPI | UNSECURED | 682.22 | NA | NA | .00 | .00 |
| TARGET | UNSECURED | 366.46 | NA | NA | .00 | .00 |
| TELECHECK SERVICES | UNSECURED | 974.00 | NA | NA | .00 | .00 |
| VERIZON WIRELESS | UNSECURED | 667.00 | NA | NA | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | 525.99 | NA | NA | .00 | .00 |
| WAL MART STORES INC | UNSECURED | 770.89 | 769.89 | 769.89 | 107.45 | .00 |
| TRI COUNTY ACCOUNTS | UNSECURED | 80.00 | NA | NA | .00 | .00 |
| HOUSEHOLD TAX MASTER | UNSECURED | 281.15 | 285.36 | 285.36 | 39.82 | .00 |
| SALLIE MAE SERVICING | UNSECURED | 5,879.56 | 5,922.08 | 5,922.08 | 826.49 | .00 |
| ECONOMY FURNITURE | UNSECURED | 1,672.00 | 2,585.94 | 2,585.94 | 360.89 | .00 |
| RESURGENT ACQUISITIO | UNSECURED | NA | 2,079.30 | 2,079.30 | 290.19 | .00 |
| HSBC AUTO FINANCE | UNSECURED | 6,500.00 | .00 | 5,422.09 | 756.71 | .00 |
| THE MONEY STORE AUTO | UNSECURED | NA | 413.19 | 413.19 | 57.66 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | NA | 1,571.66 | 1,571.66 | 219.34 | .00 |
| CAPITAL ONE | UNSECURED | NA | 711.16 | 711.16 | 99.25 | .00 |
| B-FIRST LLC | UNSECURED | NA | 701.21 | 701.21 | 97.86 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

```
===============================================================================
 Scheduled Creditors:

 Creditor                      Claim         Claim         Claim        Principal        Int.
   Name            Class     Scheduled     Asserted      Allowed         Paid           Paid

 MUTUAL HOSPITAL SVC    UNSECURED      NA      1,485.16     1,485.16       207.27         .00
 MUTUAL HOSPITAL SVC    UNSECURED      NA        257.10       257.10        35.25         .00
 HAMMOND RADIOLOGISTS   UNSECURED      NA         21.25        21.25         2.97         .00
 HAMMOND RADIOLOGISTS   UNSECURED      NA         71.00        71.00         9.91         .00
 HAMMOND PATHOLOGISTS   UNSECURED      NA        158.85       158.85        22.17         .00
===============================================================================
```

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | 11,295.48 | 11,295.48 | .00 |
| Debt Secured by Vehicle | 7,700.00 | 7,700.00 | 3,076.00 |
| All Other Secured | 950.00 | 950.00 | 86.42 |
| **TOTAL SECURED:** | 19,945.48 | 19,945.48 | 3,162.42 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | .00 | .00 | .00 |
| **TOTAL PRIORITY:** | .00 | .00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 46,892.11 | 6,544.04 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | 4,008.30 |
| Disbursements to Creditors | $ | 29,651.94 |
| **TOTAL DISBURSEMENTS:** | $ | 33,660.24 |

12)     The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed.  The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated:    02/24/2010                                  /s/ Tom  Vaughn
                                                                   Tom  Vaughn, Chapter 13 Trustee

**STATEMENT**      : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption  5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**